H. T. LEEMAN v. THE NATIONAL MUTUAL INSURANCE
ASSOCIATION.
No. 13,401.   (74 Pac. 1132.)

Error from Cherokee district court; A. H. SKIDMORE,
judge.   Opinion filed January 9, 1904.   Reversed.

*Edward E. Sapp*, for plaintiff in error.
*Finch & Wheatley*, and *T. W. Cogswell*, for defendant
in error.

*Per Curiam:* The judgment of the court below is re-
versed and a new trial ordered, on the authority of *Insur-
ance Co. v. Arnold*, 65 Kan. 163, 69 Pac. 174.

---

SARAH DRAKE v. JOHN M. KIZER, *Sheriff.*
No. 13,403.   (74 Pac. 1131.)

Error from Thomas district court; CHARLES W. SMITH,
judge.   Opinion filed January 9, 1904.   Affirmed.

*Clement L. Wilson, A. P. Tone Wilson*, and *John Hartz-
ler*, for plaintiff in error.
*G. C. Clemens*, for defendant in error.

*Per Curiam:* Plaintiff brought her action in replevin to
recover possession of goods which she claimed to own, but
which had been levied upon as the property of her hus-
band.   The issuable fact tried by the court, sitting as a
jury, was one of ownership.   This was decided upon con-
tradictory evidence in favor of the defendant.   We may not
disturb that finding.

It is strenuously insisted that an error was made in the
assessment of the value of certain stacks of barley involved.
The court found the value in gross, without indicating the
number of bushels or the price per bushel used in the cal-
culation.   There was evidence tending to show its value to
be as low as thirty-five cents, and as high as forty-five
cents per bushel.   At the latter figure, the total value was
placed too low, at the former, too high.   Not being able to
state what view the court took upon this contradictory evi-
dence, we are unable to say that the value, as fixed, was too
great.

The judgment will be affirmed.